# EXHIBIT B

1  Michael W. Sobol (State Bar No. 194857)
   Roger N. Heller (State Bar No. 215348)
2  Sarah R. London (State Bar No. 267083)
   Avery S. Halfon (pro hac vice forthcoming)
3  LIEFF CABRASER HEIMANN & BERNSTEIN LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111
   Telephone: (415) 956-1000
5
   Daniel M. Hattis (State Bar No. 232141)
6  Paul Karl Lukacs (State Bar No. 197007)
   HATTIS & LUKACS
7  400 108th Ave NE, Ste 500
   Bellevue, WA 98004
8  Telephone: (425) 233-8650

9
   *Attorneys for Plaintiffs and the Proposed Class*
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14

15  IAN VIANU and IRINA BUKCHIN, on
    behalf of themselves and all others              Case No. _____
    similarly situated,
16
                 Plaintiffs                          **CLASS ACTION**
17
    v.
18
    AT&T MOBILITY LLC,                               **DECLARATION OF IAN VIANU**
19
                 Defendant.
20

21

22

23

24

25

26

27

28

                                                              DECLARATION OF IAN VIANU

DocuSign Envelope ID: 8D8CA3DF-AA7A-4882-A346-A696A469C27E

I, Ian Vianu, hereby declare and state as follows:

1. I am over the age of 18, and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. The complaint in this action, filed concurrently with this declaration, is filed in the proper place for trial under California Civil Code § 1780(d), because this is a county in which the Defendant does business and where a substantial portion of the transactions occurred.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on __6/14/2019_____, in Oakland, California.

DocuSigned by:

*Ian Vianu*

940D57E0AF3B47E...

Ian Vianu

1  Michael W. Sobol (State Bar No. 194857)
   Roger N. Heller (State Bar No. 215348)
2  Sarah R. London (State Bar No. 267083)
   Avery S. Halfon (pro hac vice forthcoming)
3  LIEFF CABRASER HEIMANN & BERNSTEIN LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111
   Telephone: (415) 956-1000
5
   Daniel M. Hattis (State Bar No. 232141)
6  Paul Karl Lukacs (State Bar No. 197007)
   HATTIS & LUKACS
7  400 108th Ave NE, Ste 500
   Bellevue, WA 98004
8  Telephone: (425) 233-8650

9
10 *Attorneys for Plaintiffs and the Proposed Class*

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14

| IAN VIANU and IRINA BUKCHIN, on behalf of themselves and all others similarly situated, | Case No. _____ |
|---|---|
| Plaintiffs | **CLASS ACTION** |
| v. | |
| AT&T MOBILITY LLC, | **DECLARATION OF IRINA BUKCHIN** |
| Defendant. | |

DECLARATION OF IRINA BUKCHIN

I, Irina Bukchin, hereby declare and state as follows:

1. I am over the age of 18, and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. The complaint in this action, filed concurrently with this declaration, is filed in the proper place for trial under California Civil Code § 1780(d), because this is a county in which the Defendant does business and where a substantial portion of the transactions occurred.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on ____6/15/2019_____, in Mountain View, California.

*DocuSigned by:*
*[signature]*
CD0A91EBFE1D4CE...
Irina Bukchin