**MAYER BROWN LLP**
ARCHIS A. PARASHARAMI (SBN 321661)
aparasharami@mayerbrown.com
KEVIN S. RANLETT (*pro hac vice* forthcoming)
kranlett@mayerbrown.com
1999 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

SAMANTHA C. BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*Attorneys for Defendant*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Roger N. Heller (SBN 215348)
rheller@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

**HATTIS & LUKACS**
Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
400 108th Ave NE, Ste. 500
Bellevue, WA 98004
Telephone: (425) 233-8650

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN VIANU and IRINA BUKCHIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No. 3:19-cv-03602-LB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1829983.2

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; 3:19-CV-03602-LB

1    WHEREAS, Plaintiffs served their Complaint in this case (Dkt. 1) on Defendant AT&T
2    Mobility LLC ("AT&T") on June 28, 2019 (Dkt. 12);

3    WHEREAS, by stipulation of the parties, AT&T's deadline to respond to the Complaint
4    was extended by 28 days, until August 16, 2019 (Dkt. 14);

5    WHEREAS, on August 16, 2019, AT&T filed a motion to compel arbitration and stay the
6    action (Dkt. 20; "Motion to Compel");

7    WHEREAS, under the current schedule, Plaintiffs' opposition to the Motion to Compel is
8    currently due on August 30, 2019, AT&T's reply in support of the Motion to Compel is currently
9    due on September 6, 2019, and the hearing on the Motion to Compel is currently scheduled for
10   September 26, 2019 at 9:30 a.m.;

11   WHEREAS, because of intervening pre-planned family vacations and professional
12   conflicts, and to allow sufficient time to brief the motion, the parties have conferred and agreed,
13   subject to Court approval, to modify the briefing and hearing schedule for the Motion to Compel
14   as follows:

15       September 12, 2019:        Plaintiffs to file opposition to Motion to Compel.
16       October 3, 2019:        AT&T to file reply in support of Motion to Compel.
17       October 31, 2019, at 9:30 a.m.:        Hearing on Motion to Compel.

18   WHEREAS, the initial case management conference in this matter is currently scheduled
19   for October 10, 2019 at 11:00 a.m. (Dkt. 9);

20   WHEREAS, the parties stipulate and respectfully request that the initial case management
21   conference be continued to October 31, 2019, the proposed new date for the hearing on the
22   Motion to Compel.

23   #
24   #
25   #
26   #
27   #
28

1829983.2     - 1 -    STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; 3:19-CV-03602-LB

1  THEREFORE, Plaintiffs and AT&T, by and through their undersigned counsel, hereby
2  stipulate and respectfully request that:
3    1. The briefing and hearing schedule for the Motion to Compel (Dkt. 20) be modified
4  as follows:
5    September 12, 2019:  Plaintiffs to file opposition to Motion to Compel.
6    October 3, 2019:  AT&T to file reply in support of Motion to Compel.
7    October 31, 2019, at 9:30 a.m.: Hearing on Motion to Compel.
8    2. The initial case management conference, currently scheduled for October 10, 2019
9  at 11:00 a.m., be continued to October 31, 2019.
10
11  IT IS SO STIPULATED.
12  Dated:  August 23, 2019  */s/ Kevin S. Ranlett*
13      Archis A. Parasharami (SBN 321661)
    aparasharami@mayerbrown.com
14      Kevin S. Ranlett (pro hac vice forthcoming)
    kranlett@mayerbrown.com
15      MAYER BROWN LLP
    1999 K Street NW
16      Washington, DC 20006
    Telephone:  (202) 263-3000
17      Facsimile:  (202) 263-3300
18      *Attorneys for Defendant AT&T*
19
20  Dated:  August 23, 2019  */s/ Roger N. Heller*
    Roger N. Heller (SBN 215348)
21      Michael W. Sobol (SBN 194857)
    LIEFF CABRASER HEIMANN & BERNSTEIN LLP
22      275 Battery Street, 29th Floor
    San Francisco, CA 94111
23      Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008
24      *Attorneys for Plaintiffs*
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
Hon. Laurel Beeler
United States Magistrate Judge

1 | **ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: August 23, 2019  */s/ Roger N. Heller*
Roger N. Heller