MICHAEL W. SOBOL (State Bar No. 194857)
msobol@lchb.com
ROGER N. HELLER (State Bar No. 215348)
rheller@lchb.com
SARAH R. LONDON (State Bar No. 267083)
slondon@lchb.com
DANIEL E. SELTZ (pro hac vice granted)
dseltz@lchb.com
AVERY S. HALFON (pro hac vice granted)
ahalfon@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

DANIEL M. HATTIS (State Bar No. 232141)
dan@hattislaw.com
PAUL KARL LUKACS (State Bar No. 197007)
pkl@hattislaw.com
HATTIS & LUKACS
400 108th Ave NE, Ste. 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile:  (425) 412-7171

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN VIANU and IRINA BUKCHIN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant. | Case No. 3:19-cv-03602-LB<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES** |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 10, 2019

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Roger N. Heller*
    Michael W. Sobol (State Bar No. 194857)
    Roger N. Heller (State Bar No. 215348)
    Sarah R. London (State Bar No. 267083)
    Daniel E. Seltz (pro hac vice granted)
    Avery S. Halfon (pro hac vice granted)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
    Telephone:  415.956.1000
    Facsimile:  415.956.1008

    Daniel M. Hattis (State Bar No. 232141)
    Paul Karl Lukacs (State Bar No. 197007)
    HATTIS & LUKACS
    400 108th Ave NE, Ste. 500
    Bellevue, WA 98004
    Telephone: (425) 233-8650
    Facsimile:  (425) 412-7171

    *Attorneys for Plaintiffs and the Proposed Class*

1847506.1

- 1 -

PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES
CASE NO.  3:19-CV-03602-LB