| | |
|---|---|
| MICHAEL W. SOBOL (SBN 194857)<br>msobol@lchb.com<br>ROGER N. HELLER (SBN 215348)<br>rheller@lchb.com<br>DANIEL E. SELTZ (admitted *pro hac vice*)<br>dseltz@lchb.com<br>JALLÉ DAFA (SBN 290637)<br>jdafa@lchb.com<br>AVERY S. HALFON (admitted *pro hac vice*)<br>ahalfon@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>DANIEL M. HATTIS (SBN 232141)<br>dan@hattislaw.com<br>PAUL KARL LUKACS (SBN 197007)<br>pkl@hattislaw.com<br>HATTIS & LUKACS<br>400 108th Ave NE, Ste. 500<br>Bellevue, WA 98004<br>Telephone: (425) 233-8650<br>Facsimile:  (425) 412-7171<br><br>*Attorneys for Plaintiffs* | ALYCIA A. DEGEN (SBN 211350)<br>adegen@sidley.com<br>SEAN A. COMMONS (SBN 217603)<br>scommons@sidley.com<br>RARA KANG (SBN 307236)<br>rkang@sidley.com<br>ALEXANDRIA RUIZ (SBN 313286)<br>aruiz@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone:  (213) 896-6000<br>Facsimile:   (213) 896-6600<br><br>[additional counsel listed on signature page]<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IAN VIANU, ELIZABETH BLUM, and DOMINIC GUTIERREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No.  3:19-cv-03602-LB<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [~~PROPOSED~~] ORDER SUSPENDING CASE DEADLINES IN LIGHT OF SETTLEMENT**<br><br>Judge:  Hon. Laurel Beeler |

1    Plaintiffs and Defendant AT&T Mobility LLC ("AT&T") (collectively, the "Parties"), by
2    and through their undersigned counsel, hereby provide the following joint report and stipulate as
3    follows:

4    WHEREAS, the Parties, through mediation with Robert Meyer, Esq. of JAMS, have
5    reached an agreement in principle to settle this case on a class-wide basis, as memorialized in an
6    executed term sheet;

7    WHEREAS, the Parties will be preparing a comprehensive settlement agreement and
8    settlement exhibits, which they anticipate finalizing and filing with the Court, along with
9    Plaintiffs' motion for preliminary settlement approval, within approximately 60 days; and

10   WHEREAS, in light of the above, the Parties hereby stipulate and respectfully request that
11   the Court:

12   (a) pending the filing of preliminary settlement approval papers, suspend and vacate all
13   existing case deadlines and hearing dates in the case—including those related to AT&T's motions
14   to stay and to compel arbitration (Dkt. 137, 138; March 17, 2022 hearing date noticed), the case
15   deadlines set by the Court at Dkt. 131, and the Further Case Management Conference scheduled
16   for March 31, 2022;

17   (b) set May 5, 2022 as the date by which preliminary settlement approval papers shall be
18   filed; and

19   (c) set a Further Case Management Conference in this case for June 9, 2022.

20

21   IT IS SO STIPULATED.

1 | Dated: March 4, 2022

2 | Lieff Cabraser Heimann & Bernstein, LLP | Sidley Austin LLP
By: */s/ Roger N. Heller* | By: */s/ Sean A. Commons*

Michael W. Sobol (SBN 94857)
Roger N. Heller (SBN 215348)
Daniel E. Seltz (pro hac vice granted)
Jallé Dafa (SBN 290637)
Avery S. Halfon (pro hac vice granted)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Daniel M. Hattis (SBN 232141)
Paul Karl Lukacs (SBN 197007)
HATTIS & LUKACS
400 108th Ave NE, Ste. 500
Bellevue, WA 98004
Telephone: (425) 233-8650
Facsimile: (425) 412-7171

*Attorneys for Plaintiffs*

Sean A. Commons (SBN 217603)
Alycia A. Degen (SBN 211350)
Rara Kang (SBN 307236)
Alexandria V. Ruiz (SBN 313286)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Angela C. Zambrano (admitted *pro hac vice*)
Penny P. Reid (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Peter D. Marketos (admitted *pro hac vice*)
REESE MARKETOS LLP
750 N. Saint Paul Street, Suite 600
Dallas, TX 75201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

*Attorneys for Defendant*

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause appearing, the Court hereby ORDERS as follows:

1. Pending the filing of preliminary settlement approval papers, all existing case deadlines and hearing dates in the case—including but not limited to those related to AT&T's motions to stay and to compel arbitration (Dkt. 137, 138; March 17, 2022 hearing date noticed), the case deadlines set by the Court at Dkt. 131, and the Further Case Management Conference scheduled for March 31, 2022—are suspended and vacated.

2. Preliminary settlement approval papers shall be filed by May 5, 2022.

3. A Further Case Management Conference is set in this case for June 9, 2022 at 9:30 a.m.

IT IS SO ORDERED.

Date: March 7, 2022

_____
Hon. Laurel Beeler
United States Magistrate Judge

Pursuant to Civil Local Rule 5-1(i)(3), I, Roger N. Heller, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatures.

/s/ *Roger N. Heller*

2382296.1

- 4 -

NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER SUSPENDING CASE DEADLINES IN LIGHT OF SETTLEMENT; CASE NO. 3:19-CV-03602-LB