UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IAN VIANU, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant. | Case No. 19-cv-03602-LB<br><br>**JUDGMENT** |

On November 8, 2022, the court granted the plaintiffs' motion for final approval of the settlement, and granted the plaintiffs' motion for attorney's fees, expenses, and service awards. Judgment is entered. The Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: November 8, 2022

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-03602-LB